IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Case No. 24-639 T

(Judge Eleni M. Roumel)

TRANSWORLD EQUIPMENT CORPORATION,

                                               Plaintiff,

v.

UNITED STATES,

                                               Defendant.

JOINT STATUS REPORT REGARDING SETTLEMENT AND MEDIATION

      Pursuant to the Court's minute order of March 27, 2025, the parties respectfully submit the following status report to the court regarding settlement negotiations.

      As described in the previous status report, after the parties had completed formal discovery, they met on March 24, 2025, to discuss the possibility of resolving this case without further litigation. After further discussion and analysis of the facts by both parties' counsel , counsel for plaintiff sent a formal settlement offer to defendant's counsel on April 3, 2025. Defendant's counsel has evaluated the proposal and has asked the IRS Office of Chief Counsel to provide its formal views. Defendant's counsel is in the process of drafting a memorandum analyzing the settlement offer, which defendant's counsel will complete upon receipt of Chief Counsel's formal views. The memorandum will then be reviewed in accordance with the Tax Division's usual procedure. If plaintiff's settlement offer is approved by the Tax Division on

1

behalf of the Attorney General, the parties will file a stipulation of dismissal upon receipt of the IRS's Notice of Adjustment and the processing of any refund or credit.[1]

Accordingly, the parties do not request reference to an ADR judge, since the parties' counsel of record have reached an informal understanding regarding a resolution of this case, pending review of plaintiff's offer by the IRS Office of Chief Counsel and the Chief of the Court of Federal Claims Section.

                                                   Respectfully submitted,

April 14, 2025                          /s/ Joseph R. Longenecker
                                                   JOSEPH R. LONGENECKER
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                 Tax Division
                                                 Court of Federal Claims Section
                                                 Post Office Box 26
                                                 Ben Franklin Post Office
                                                 Washington, D.C. 20044
                                                 Tel: (202) 616-3338
                                                 Fax: (202) 514-9440
                                                 Joseph.Longenecker@usdoj.gov

                                                 JASON BERGMANN
                                                 Assistant Chief, Court of Federal Claims Section

                                                 /s/ Jason Bergmann
                                                 Of Counsel

                                                 *Attorneys for the United States*

                                                 /s/ Mark Pendery
                                                 Mark Pendery
                                                 Honigman LLP
                                                 200 Ottawa Avenue, N.W. Suite 700
                                                 Grand Rapids, MI 49503
                                                 (616) 649-1910

                                                 *Attorney for Transworld Equipment Corporation*

---

[1] Due to the amount at issue, the Section Chief of the Court of Federal Claims Section has been delegated final authority to approve the administrative resolution.